UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MOHAMMAD KHAN, <br><br>    Plaintiff, <br><br> vs. <br><br> PRUDENTIAL INSURANCE COMPANY OF AMERICA and S&C ELECTRIC COMPANY LONG TERM DISABILITY PLAN, <br><br>    Defendants. | Case No. C11-05198 CW <br><br> **ORDER UPON STIPULATION TO DISMISS S&C ELECTRIC COMPANY LONG TERM DISABILITY PLAN** <br><br> Complaint Filed: October 25, 2011 |

IT IS HEREBY ORDERED that defendant S&C ELECTRIC COMPANY LONG TERM DISABILITY PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. The Prudential Insurance Company of America shall remain the only named defendant.

IT IS SO ORDERED.

Dated: 1/30/2012

_____
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

0.0

1

Case No. C11-05198 CW
ORDER UPON STIPULATION TO DISMISS
THE PLAN