# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MOHAMMAD KHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA and S&C ELECTRIC COMPANY LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. C11-05198 CW<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 25, 2011 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. C11-05198 CW, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses, and attorneys' fees in this matter.

IT IS SO ORDERED.

Dated: 11/2/2012

                                  Hon. Claudia Wilken
                                  United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

128196.1

1

Case No. C11-05198 CW
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE
00/00/00 0:00 AM